IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HENRY SORGE,
    Petitioner,

vs.                                        CASE NO.: 3:10cv114/LAC/MD

WALTER A. MCNEIL,
    Respondent.

## **O R D E R**

    Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1) and a supporting memorandum (doc. 2). He has paid the filing fee (doc. 4), and provided one service copy of his petition and memorandum. Before the court can order service, however, petitioner must submit one additional copy of his petition and memorandum, so that both the named respondent and the Attorney General of the State of Florida may be served.

    Accordingly, it is ORDERED:

    Petitioner shall, within twenty-eight (28) days of the docketing date of this order, submit one additional service copy of his petition and memorandum. This case number should be written on the copies. Failure to comply with this order may result in a recommendation to the District Court that this case be dismissed.

    DONE AND ORDERED this 29th day of April, 2010.

                                          /s/ *Miles Davis*
                                          **MILES DAVIS**
                                          **UNITED STATES MAGISTRATE JUDGE**