IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HENRY SORGE,
    Petitioner,

vs.                                3:10cv114/LAC/MD

WALTER A. MCNEIL,
    Respondent.
_____

**O R D E R**

This cause is before the court upon respondent's motion to dismiss petition for writ of habeas corpus (doc. 12). Before the court rules on this matter, the petitioner shall have an opportunity to respond.

Accordingly, it is ORDERED:

Petitioner shall have twenty-eight (28) days from the date this order is entered on the docket in which to respond to the motion filed by respondent.

DONE AND ORDERED this 16th day of September, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE